| | |
|---|---|
| KIEVE LAW OFFICES<br>  Loren Kieve (Bar No. 56280)<br>  lk@kievelaw.com<br>5A Funston Avenue<br>The Presidio of San Francisco<br>San Francisco, California  94129-5266<br>Telephone:     (415) 364-0060<br>Facsimile:      (435) 304-0060<br>lk@kievelaw.com<br><br>SHAPIRO SHER GUINOT & SANDLER<br>  Paul Mark Sandler (Pro Hac Vice)<br>  pms@shapirosher.com<br>  Eric R. Harlan (Pro Hac Vice)<br>  erh@shapirosher.com<br>36 South Charles Street<br>Charles Center South, Suite 2000<br>Baltimore, Maryland  21201<br>Telephone:     (410) 385-0202<br>Facsimile:      (410) 539-7611<br><br>Counsel for Plaintiff Gulf Coast Medical Group, LLC, dba SkinMedix | **GRANTED**<br>*[signature]*<br>Judge Yvonne Gonzalez Rogers<br>8/6/2014<br>UNITED STATES DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA |

*[Additional submitting counsel listed on signature page]*

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| GULF COAST MEDICAL GROUP, LLC, dba SkinMedix,<br><br>            Plaintiff,<br><br>    vs.<br><br>NETSUITE, INC.,<br><br>            Defendant. | Civil Action No.  14-cv-2202 YGR<br><br>STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii) |

PLEASE TAKE NOTICE THAT, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all parties that have appeared in this action – plaintiff Gulf Coast Medical Group, LLC, d/b/a SkinMedix, and defendant NetSuite, Inc. – hereby stipulate to the voluntary dismissal with prejudice of this action.

Stipulation of dismissal                                             1                        Civil Action No.  14-cv-2202 YGR

| | | |
|---|---|---|
| 1 | Dated: August 1, 2014 | KIEVE LAW OFFICES |
| 2 | | By *Loren Kieve* |
| 3 | | Loren Kieve (Bar No. 56280) |
| 4 | | SHAPIRO SHER GUINOT & SANDLER |
| 5 | | By /s/ *Paul Mark Sandler* |
| 6 | | Paul Mark Sandler *(Pro Hac Vice)* |
| 7 | | Eric R. Harlan, Esquire *(Pro Hac Vice)* |
| 8 | | Counsel for plaintiff Gulf Coast Medical Group, LLC, d/b/a SkinMedix |

GATTEY LAW OFFICE

By /s/ *Scott D. Gattey*

1001 Laurel Street, Suite C
San Carlos, CA 94070
650.596.7123 (direct)
877.269.4437 (fax)

Counsel for defendant NetSuite, Inc.

Attestation of Concurrence

I, Loren Kieve, as the ECF user and filer of this document, attest that concurrence in the filing of this document has been obtained from Scott D. Gattey.

Dated:   August 1, 2014

*Loren Kieve*
Loren Kieve

Stipulation of dismissal                    2                    Civil Action No.  14-cv-2202 YGR